IN UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF MISSOURI

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| vs | ) | Case No. 4:02CR00076 ERW |
| Lora Ramirez | ) | |
| | ) | |

## ORDER
## RECOMMENDING COMMUNITY CORRECTIONS CENTER PLACEMENT

The above named was sentenced to 57 months custody on August 30, 2002, to be followed by a term of supervised release for 5 years. The Court subsequently recommended the defendant's participation in the Federal Bureau of Prison's Intensive Confinement Center (ICC) program. However, this program is no longer available. The offender would have been afforded an opportunity to be placed in a Community Correction Center (CCC) for up to 6 months upon her successful completion of the ICC program. For good cause shown, **it is hereby RECOMMENDED** to the Federal Bureau of Prisons that the defendant receive the maximum CCC placement allowable.

Dated this 29th day of June, 2005

E. Richard Webber
United States District Judge

I:\JGR\Violation Reports\SSOrder.wpd